IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

PETER V. POTWIN )
and CYNTHIA POTWIN, )
)
      Plaintiffs, ) TC-MD 150205C
)
    v. )
)
MULTNOMAH COUNTY ASSESSOR, )
) **CORRECTED FINAL DECISION OF**
      Defendant. ) **DISMISSAL**

This Corrected Final Decision of Dismissal incorporates without change the court's

Decision of Dismissal, signed by Magistrate Robinson and entered on September 2, 2015.[1]  The

court did not receive a statement of costs and disbursements within 14 days after its Decision of

Dismissal was entered.  *See* TCR-MD 16 C(1).

This matter is before the court on Plaintiffs' motion to withdraw their appeal, filed on

August 19, 2015.  Plaintiffs filed their Complaint on April 8, 2015, challenging the real market

value of property identified as Account R148754 (subject property) for the 2014-15 tax year.

(Ptfs' Compl at 1.)  At a case management conference held by the court on June 1, 2015,

Plaintiffs agreed to allow Defendant to inspect the subject property.  On June 13, 2015,

Defendant filed a Motion for Discovery stating that Plaintiffs had "verbally denied the

inspection" and requesting an Order granting a site inspection.  (Def's Mot Disc at 1-2.)

Plaintiffs timely responded to Defendant's request for site inspection, asking the court to deny

/ / /

/ / /

---

[1] The court issued this Corrected Final Decision of Dismissal to correct clerical errors.  The court's prior Final Decision of Dismissal contained an incorrect date in the appeal rights and referred to the court's "Decision," rather than "Decision of Dismissal."

the request because Defendant had previously inspected the subject property in early January. (Ptfs' Reply at 1.) On July 30, 2015, the court issued an Order Granting Site Inspection (Order), permitting Defendant to inspect the subject property. (Order at 2.)

There is no rule precluding multiple inspections of a property. And, in this case, the January inspection was done by Defendant in preparation for Plaintiffs' February 17, 2015, hearing before the Multnomah County Board of Property Tax Appeals (BOPTA). (*See* Ptfs' Compl at 2, 4.) This court has previously noted that inspection of the subject property should be allowed where it is "reasonably calculated to lead to the discovery of admissible evidence." *Poddar v. Dept. of Rev.,* 328 Or 552, 532, 983 P2d 527 (1999). Inspection of the subject property is reasonably calculated to lead to the discovery of evidence relating to the real market value of the subject property.

On August 17, 2015, Defendant filed a motion to compel a site inspection, stating that it had made numerous attempts to organize a site inspection, with no response from Plaintiffs. On August 19, 2015, Plaintiffs filed a motion to withdraw stating that "[the fact that] county is allowed a second inspection [] leads me to believe that I will not be playing on a level play field and [that] going to trial will be a waste of time and effort * * *. I [am] dropping my case against Multnomah [C ]ounty." The court interprets this to mean that Plaintiffs no longer wish to pursue this appeal.

After considering the matter, the court finds Plaintiffs' case should be dismissed. Defendant has not filed a counterclaim. Because the case is dismissed, the court's Order Granting Site Inspection, dated July 30, 2015, is moot. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' Complaint is dismissed.

/ / /

IT IS FURTHER THE DECISION OF THIS COURT that the Order Granting Site

Inspection, dated July 30, 2015, is moot.

Dated this ____ day of October, 2015.


_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within __60__ days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on October 6, 2015.*